**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 14-7341**

_____

MICHAEL D. GOINS, a/k/a Michael Goins,

                    Plaintiff – Appellant,

          v.

LIEUTENANT HORNE, in his individual and official capacity;
CORPORAL BYRD, in his individual and official capacity;
OFFICER SEWELL, in his individual and official capacity;
OFFICER LINDSEY, in his individual and official capacity,

                    Defendants - Appellees.

_____

Appeal from the United States District Court for the District of
South Carolina, at Florence.  Richard M. Gergel, District Judge.
(4:13-cv-01269-RMG)

_____

Submitted: January 23, 2015          Decided: February 6, 2015

_____

Before WILKINSON, GREGORY, and HARRIS, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Michael D. Goins, Appellant Pro Se.  James Victor McDade, DOYLE,
O'ROURKE, TATE & MCDADE, PA, Anderson, South Carolina, for
Appellees.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Michael D. Goins appeals the district court's order substantially accepting the recommendation of the magistrate judge and denying relief on his 42 U.S.C. § 1983 (2012) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Goins v. Horne, No. 4:13-cv-01269-RMG (D.S.C. Aug. 29, 2014). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED